### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO. 24-80338-CIV-DAMIAN/Matthewman

**STEFFI FIALLOS**, *et al.*,

      Plaintiffs,

v.

**DR G'S URGENT CARE LLC**, *et al.*,

      Defendants.

_____/

### ORDER DIRECTING PLAINTIFFS TO FILE
### EXPEDITED RESPONSE TO MOTION

**THIS CAUSE** came before the Court upon Defendants' Motion for Extension of Time to Complete Discovery, filed April 8, 2025 [ECF No. 39 (the "Motion")].

At the time of the filing of the Motion, Defendants included the following conferral statement:

> since April 3rd, 2025, undersigned counsel has attempted to contact Plaintiffs' counsel via multiple emails and telephone calls, including leaving voicemails and follow-up phone call attempts made on April 4th and April 7th, 2025. Despite these efforts, the undersigned counsel has not received any response. Additionally, email attempts resulted in undeliverable notices, and upon visiting Plaintiffs' counsel's website on April 7th, 2025, undersigned counsel encountered a domain expiration notice. Accordingly, the undersigned counsel has been unable to obtain Plaintiffs' position with respect to the relief requested in this motion despite numerous attempts via multiple channels.

Mot. at 5.

It is therefore

**ORDERED** that Plaintiffs shall file an expedited response to the Motion stating a position on the relief requested no **later than April 11, 2025**. Failure to timely comply with the instant Order may result in the granting of the Motion without further notice.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 8th day of April, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**