Gmail                                                                                    Brian Militzok <bjm@militzoklaw.com>

---

## Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]EXT: Re: Fiallos et al v. Dr. G's Urgent Care LLC et al Case No: 9:24-CV-80338-MD-confidential settlement discussions

1 message

---

**Jesse Unruh** <jesse@spirelawfirm.com>
To: Brian Militzok <bjm@militzoklaw.com>, Barry Byington <barry@spirelawfirm.com>
Cc: Margarita Mercado Agrinzone <margarita@spirelawfirm.com>, Monica Monsalve-Burr <monica@spirelawfirm.com>

Hi Brian:

Barry just spoke with her again—she's making the payment tomorrow. Please be so kind as to give one more day—we also expressed the importance of staying on top of this for the futur

Best,
Jesse

**Jesse I. Unruh, Esq.** | Founder



jesse@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Admitted: Florida (2011), California (2024), New York (2025)
Office in Orlando

*This e-mail was sent from Spire Law, PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please del*

---

**From:** Jesse Unruh <jesse@spirelawfirm.com>
**Sent:** Monday, March 9, 2026 3:32 PM
**To:** Brian Militzok <bjm@militzoklaw.com>; Barry Byington <barry@spirelawfirm.com>
**Cc:** Margarita Mercado Agrinzone <margarita@spirelawfirm.com>; Monica Monsalve-Burr <monica@spirelawfirm.com>
**Subject:** Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]EXT: Re: Fiallos et al v. Dr. G's Urgent Care LLC et al Cas

@Barry Byington, please call her back and ask her to make the payment today. Brian, please give to tomorrow to actually file.

**Jesse I. Unruh, Esq.** | Founder



jesse@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Admitted: Florida (2011), California (2024), New York (2025)
Office in Orlando

*This e-mail was sent from Spire Law, PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please del*

---

**From:** Brian Militzok <bjm@militzoklaw.com>
**Sent:** Monday, March 9, 2026 3:29 PM
**To:** Jesse Unruh <jesse@spirelawfirm.com>
**Cc:** Barry Byington <barry@spirelawfirm.com>; Margarita Mercado Agrinzone <margarita@spirelawfirm.com>; Monica Monsalve-Burr <monica@spirelawfirm.com>
**Subject:** [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]EXT: Re: Fiallos et al v. Dr. G's Urgent Care LLC et al Case N

Hi Jesse,

As you know, we have been more than patient. We could have filed last month but I talked my clients out of it and requested for them to have a little patience. Part of the group was very unhappy that we waited.

Now, the entire group is annoyed that this is the second straight month of a late payment (even after providing 10 days to cure).

Unfortunately, I now have marching orders to file and intend to do so by end of the day today.

It seems that your client does not appreciate the urgency here unfortunately.

Thank you,

Brian J. Militzok, Esq.
Militzok Law, P.A.
8958 W State Rd 84, #1036
Fort Lauderdale, Florida 33324
T: (954) 780-8228
F: (954) 719-4016
www.militzoklaw.com
www.twitter.com/militzoklaw
www.facebook.com/militzoklaw

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt fr

IRS Circular 230 Notice: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or written t

---

On Mon, Mar 9, 2026 at 3:19 PM Jesse Unruh <jesse@spirelawfirm.com> wrote:

> Hi Brian:
>
> Barry was able to reach Dr. Graber moments ago and she advised she will do all she can to try to make it to the bank tomorrow, but certainly by Thursday. I appreciate that you have ha
> headaches).

She indicated she'll do all she can to get to the bank tomorrow but if you would, please give her grace through end of day Thursday. @Barry Byington, please follow-up with her and ask

Best,
Jesse

**Jesse I. Unruh, Esq.** | Founder



SPIRE LAW

jesse@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Admitted: Florida (2011), California (2024), New York (2025)
Office in Orlando

*This e-mail was sent from Spire Law, PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please d*

---

**From:** Brian Militzok <bjm@militzoklaw.com>
**Sent:** Monday, March 9, 2026 3:02 PM
**To:** Jesse Unruh <jesse@spirelawfirm.com>
**Cc:** Barry Byington <barry@spirelawfirm.com>; Margarita Mercado Agrinzone <margarita@spirelawfirm.com>; Monica Monsalve-Burr <monica@spirelawfirm.com>
**Subject:** [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]EXT: Re: Fiallos et al v. Dr. G's Urgent Care LLC et al Case No: 9:24-CV-803

Understood but we are again past the 10 days with no attempt to cure by your client. Please have the wire sent by end of day or I need to file. Thank you.

Brian J. Militzok, Esq.
Militzok Law, P.A.
8958 W State Rd 84, #1036
Fort Lauderdale, Florida 33324
T: (954) 780-8228
F: (954) 719-4016
www.militzoklaw.com
www.twitter.com/militzoklaw
www.facebook.com/militzoklaw

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exemp

IRS Circular 230 Notice: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or writte

On Mon, Mar 9, 2026 at 2:53 PM Jesse Unruh <jesse@spirelawfirm.com> wrote:
Hi Brian:

Mara has had a personal matter to attend to, which has caused a bit of a back up. Please give us a little more time to push on this end. @Barry Byington, please call Dr. G and tell her

**Jesse I. Unruh, Esq.** | Founder



SPIRE LAW

jesse@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Admitted: Florida (2011), California (2024), New York (2025)
Office in Orlando

*This e-mail was sent from Spire Law, PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please*

---

**From:** Brian Militzok <bjm@militzoklaw.com>
**Sent:** Monday, March 9, 2026 2:50 PM
**To:** Jesse Unruh <jesse@spirelawfirm.com>
**Cc:** Barry Byington <barry@spirelawfirm.com>; Margarita Mercado Agrinzone <margarita@spirelawfirm.com>; Monica Monsalve-Burr <monica@spirelawfirm.com>
**Subject:** [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]EXT: Re: Fiallos et al v. Dr. G's Urgent Care LLC et al Case No: 9:24-CV-80338-MD-confide

Jesse - still no payment. My clients have authorized me to file for an ex-parte final judgment. I will do so by end of day today if the additional payment is not received. My clients are out of patience. Please ad

Brian J. Militzok, Esq.
Militzok Law, P.A.
8958 W State Rd 84, #1036
Fort Lauderdale, Florida 33324
T: (954) 780-8228
F: (954) 719-4016
www.militzoklaw.com
www.twitter.com/militzoklaw
www.facebook.com/militzoklaw

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exe

IRS Circular 230 Notice: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended or w

On Fri, Mar 6, 2026 at 4:10 PM Brian Militzok <bjm@militzoklaw.com> wrote:
Hi Jesse - following up on this. Please advise. Thank you.

Brian J. Militzok, Esq.
Militzok Law, P.A.
8958 W State Rd 84, #1036
Fort Lauderdale, Florida 33324
T: (954) 780-8228
F: (954) 719-4016
www.militzoklaw.com
www.twitter.com/militzoklaw
www.facebook.com/militzoklaw

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally e

IRS Circular 230 Notice: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is not intended o

On Tue, Mar 3, 2026 at 10:37 AM Jesse Unruh <jesse@spirelawfirm.com> wrote:

Hi Brian:

I'm catching up from last week—do you know if you've received the additional funds? If not, we'll ping our client again.

**Jesse I. Unruh, Esq.** | Founder



**SPIRE LAW**

jesse@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Admitted: Florida (2011), California (2024), New York (2025)
Office in Orlando

*This e-mail was sent from Spire Law, PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, ple*

---

**From:** Brian Militzok <bjm@militzoklaw.com>
**Sent:** Wednesday, February 25, 2026 2:03 PM
**To:** Jesse Unruh <jesse@spirelawfirm.com>; Barry Byington <barry@spirelawfirm.com>
**Cc:** Margarita Mercado Agrinzone <margarita@spirelawfirm.com>; Monica Monsalve-Burr <monica@spirelawfirm.com>
**Subject:** [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]EXT: Re: Fiallos et al v. Dr. G's Urgent Care LLC et al Case No: 9:24-CV-80338-MD-confidential settleme

Adding Barry per Jesse's out of office message as this issue is time sensitive. Please see below. Thank you.

Brian J. Militzok, Esq.
Militzok Law, P.A.
8930 State Road 84, #1036
Fort Lauderdale, Florida 33324
Tel:  (954) 780-8228
www.militzoklaw.com

On Feb 24, 2026, at 7:14 PM, Brian Militzok <bjm@militzoklaw.com> wrote:

Hi Jesse,

I received a wire tonight in the amount of $7,500. I assume that this intended to cover February payment.

However, as you know, there is an additional $2,500 still owed from January.

I will roll $2,500 of today's wire over to January, however, please be advised that your client is $2,500 short for February. This is being sent pursuant to Paragraph 3(e) of the settlement agreemen

I also would like to remind your client that payment is due by the 23rd of each month (this month came in 2/24).

Thank you,

Brian J. Militzok, Esq.
Militzok Law, P.A.
8958 W State Rd 84, #1036
Fort Lauderdale, Florida 33324
T: (954) 780-8228
F: (954) 719-4016
www.militzoklaw.com
www.twitter.com/militzoklaw
www.facebook.com/militzoklaw

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherw

IRS Circular 230 Notice: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments to this email, is no

On Fri, Feb 20, 2026 at 12:42 PM Jesse Unruh <jesse@spirelawfirm.com> wrote:

Thank you—please email her and ask her to send a confirmation number once the wire is initiated. @Brian Militzok, assuming she follows through as indicated below, are

**Jesse I. Unruh, Esq.** | Founder



**SPIRE LAW**

jesse@spirelawfirm.com | 407.494.0135
www.spirelawfirm.com
Admitted: Florida (2011), California (2024), New York (2025)
Office in Orlando

*This e-mail was sent from Spire Law, PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receiv*

---

**From:** Margarita Mercado Agrinzone <margarita@spirelawfirm.com>
**Sent:** Friday, February 20, 2026 12:41 PM
**To:** Jesse Unruh <jesse@spirelawfirm.com>; Brian Militzok <bjm@militzoklaw.com>
**Cc:** Monica Monsalve-Burr <monica@spirelawfirm.com>
**Subject:** Re: [HIGH RISK]Re: [HIGH RISK]Re: [HIGH RISK]EXT: Re: Fiallos et al v. Dr. G's Urgent Care LLC et al Case No: 9:24-CV-80338-MD-confidential settlement di